44795. STUCKEY'S CARRIAGE INN et al. v. PHILLIPS.

PER CURIAM. The trial court did not err in denying the defendant's motion for summary judgment in this suit for personal injuries based on negligence. Issues as to the negligence of defendant where insect pests are present in a motel room and and as to the alleged improper making up of a bed remain unresolved.

*Judgment affirmed. Bell, C. J., Eberhardt and Deen, JJ., concur.*

ARGUED OCTOBER 6, 1969—DECIDED NOVEMBER 24, 1969—
REHEARING DENIED DECEMBER 10, 1969.

*Falligant, Doremus, Karsman & Maurice, Stanley Karsman,* for appellants.

*Cowart, Sapp & Gale, G. B. Cowart,* for appellee.